[No. 9374–6–I.   Division One.   November 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JODY
HENDRICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–02809–1, Robert E. Dixon, J., entered
September 18, 1980. *Remanded with instructions* by
unpublished per curiam opinion.

[No. 4741–II.   Division Two.   November 3, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
FRANKLIN JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00026–8, Robert L. Harris, J., entered
March 28, 1980. *Affirmed* by unpublished opinion per Reed,
C.J., concurred in by Pearson and Petrie, JJ.

[No. 8308–2–I.   Division One.   November 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. NATHANIEL
ROGER BRYANT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89053, Frank D. Howard, J., entered
November 29, 1979. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Callow and Andersen, JJ.

[No. 9033–0–I.   Division One.   November 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN
VAN ZANTE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80399, Robert E. Dixon, J., entered July 2,
1980. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by James, C.J., and Callow, J.